UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Denelle A. Agosto and David Rios

Case No.: 18- 16577

Chapter: 13

Judge: Kathryn C. Ferguson

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Stephanie Shreter, Esq.

This will confirm that on 9/18/2018 the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) I, J ,
- ☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]
- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 9/19/2018                    Jeanne A. Naughton, Clerk

rev.1/4/17

United States Bankruptcy Court
District of New Jersey

In re:  
Denelle A. Agosto  
David Rios  
    Debtors

Case No. 18-16577-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Sep 19, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db/jdb         Denelle A. Agosto,    David Rios,    24 Rochelle Dr,    Eastampton, NJ   08060-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
       Rebecca Ann Solarz    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
       Stephanie Shreter    on behalf of Debtor Denelle A. Agosto shreterecf@comcast.net  
       Stephanie Shreter    on behalf of Joint Debtor David Rios shreterecf@comcast.net  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                      TOTAL: 7