UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Order Filed on October 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DENELLE A. AGOSTO and DAVID RIOS,

Debtors

Case No.: 18-16577-KCF

Judge: Kathryn C. Ferguson

## CONSENT ORDER SETTLING MOTION FOR BMW SERVICES TO AMEND THEIR PROOF OF CLAIM

The Relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: October 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

2

Debtors: Denelle A. Agosto and David Rios
Case No.: 18-16577-KCF
Caption of Order: Consent Order Settling Motion For BMW Services to Amend Their Proof of Claim

Upon the Debtor's Motion For BMW Services to Amend Their Proof of Claim, and whereas the Debtor and BMW Financial Services NA, LLC seek to resolve the Motion; it is hereby stipulated and agreed to that:

1. BMW Financial Services NA, LLC has sold the vehicle in connection with Claim 5-1 on the Claim Register in this bankruptcy.

2. BMW Financial Services NA, LLC's Claim Number 5-1 shall be treated as an allowed general unsecured claim in the amount of $7,161.82.

We hereby Consent to the form and entry of the foregoing Order.

_____
Stephanie Shreter, Esquire
The Law Office of Stephanie Shreter
105 High Street
Mt. Holly, NJ 08060
Attorney for Debtors

_____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race St.
Philadelphia, PA 19107
Attorney for
BMW Financial Services NA, LLC