UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on October 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DENELLE A. AGOSTO and DAVID RIOS,

Debtors

Case No.: 18-16577-KCF

Judge: Kathryn C. Ferguson

## CONSENT ORDER SETTLING MOTION FOR BMW SERVICES TO AMEND THEIR PROOF OF CLAIM

The Relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: October 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtors: | Denelle A. Agosto and David Rios |
| Case No.: | 18-16577-KCF |
| Caption of Order: | Consent Order Settling Motion For BMW Services to Amend Their Proof of Claim |

Upon the Debtor's Motion For BMW Services to Amend Their Proof of Claim, and whereas the Debtor and BMW Financial Services NA, LLC seek to resolve the Motion; it is hereby stipulated and agreed to that:

1. BMW Financial Services NA, LLC has sold the vehicle in connection with Claim 5-1 on the Claim Register in this bankruptcy.

2. BMW Financial Services NA, LLC's Claim Number 5-1 shall be treated as an allowed general unsecured claim in the amount of $7,161.82.

We hereby Consent to the form and entry of the foregoing Order.

Stephanie Shreter, Esquire
The Law Office of Stephanie Shreter
105 High Street
Mt. Holly, NJ 08060
Attorney for Debtors

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race St.
Philadelphia, PA 19107
Attorney for
BMW Financial Services NA, LLC

United States Bankruptcy Court
District of New Jersey

In re:  
Denelle A. Agosto  
David Rios  
    Debtors

Case No. 18-16577-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 04, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
db/jdb          Denelle A. Agosto,    David Rios,    24 Rochelle Dr,    Eastampton, NJ   08060-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:  
         Albert   Russo     docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor     LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jason Brett Schwartz     on behalf of Creditor     Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
         Jason Brett Schwartz     on behalf of Creditor     BMW Financial Services NA, LLC jschwartz@mesterschwartz.com  
         Rebecca Ann Solarz     on behalf of Creditor     LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
         Stephanie   Shreter     on behalf of Joint Debtor David   Rios shreterecf@comcast.net  
         Stephanie   Shreter     on behalf of Debtor Denelle A. Agosto shreterecf@comcast.net  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                         TOTAL: 8