UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT

Order Filed on November 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

STEPHANIE SHRETER, ESQUIRE
105 High Street
Mount Holly NJ 08060
609-265-9600
Attorney for the Debtor(s)

In Re:

**DENELLE A. AGOSTO and
DAVID RIOS**

Debtor

:Case #18-16577
:
:Chapter 13
:
:Hearing Date: November 14, 2018
:Judge: Kathryn C. Ferguson

**ORDER TO ALLOW A LATE FILED CLAIM**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 15, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtors and Stephanie Shreter having appeared on behalf of the Debtor and good cause having been shown;

It is on this 15th day of November , 2018 **ORDERED** that the Debtor may file late Proof of Claims for Hamilton Township and the City of Trenton.

It is further ORDERED that the Movant shall serve the Order on the debtor, any trustee and any other party who entered an appearance on the motion.