| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY DISTRICT | |
|---|---|
| | **Order Filed on November 15, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| STEPHANIE SHRETER, ESQUIRE<br>105 High Street<br>Mount Holly NJ 08060<br>609-265-9600<br>Attorney for the Debtor(s) | |
| In Re:<br><br>**DENELLE A. AGOSTO and**<br> **DAVID RIOS**<br><br><br>              Debtor | :Case #18-16577<br>:<br>:Chapter 13<br>:<br>:Hearing Date: November 14, 2018<br>:Judge: Kathryn C. Ferguson |

### ORDER TO ALLOW A LATE FILED CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 15, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtors and Stephanie Shreter having appeared on behalf of the Debtor and good cause having been shown;

It is on this 15th day of November , 2018 **ORDERED** that the Debtor may file late Proof of Claims for Hamilton Township and the City of Trenton.

It is further ORDERED that the Movant shall serve the Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-16577-KCF
Denelle A. Agosto                                                         Chapter 13
David Rios
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 15, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db/jdb          Denelle A. Agosto,    David Rios,    24 Rochelle Dr,    Eastampton, NJ  08060-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Financial Services NA, LLC
               jschwartz@mesterschwartz.com
              Rebecca Ann Solarz    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              Stephanie   Shreter    on behalf of Joint Debtor David  Rios shreterecf@comcast.net
              Stephanie   Shreter    on behalf of Debtor Denelle A. Agosto shreterecf@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8