Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−16577−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denelle A. Agosto                      David Rios
   24 Rochelle Dr                           24 Rochelle Dr
   Eastampton, NJ 08060−2526        Eastampton, NJ 08060−2526

Social Security No.:
   xxx−xx−5154                           xxx−xx−2108

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Denelle A. Agosto and David Rios the Debtors in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 12/04/2018.

Hamilton Twp Municipal Court
1270 Whitehorse Ave
Hamilton, NJ 08619

Dated: December 4, 2018
JAN: vpm

                                                                  Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Denelle A. Agosto  
David Rios  
     Debtors

Case No. 18-16577-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 04, 2018  
                      Form ID: 226    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.  
db/jdb       Denelle A. Agosto,    David Rios,    24 Rochelle Dr,    Eastampton, NJ 08060-2526  
517682686     Hamilton Township Municipal Court,    1270 Whitehorse Ave.,    Hamilton, NJ 08619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2018 00:16:54    United States Trustee,  
           Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,  
           Newark, NJ 07102-5235  
                                                                                                                                     TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:  
          Albert    Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Jason Brett Schwartz    on behalf of Creditor   Financial Services Vehicle Trust (FSVT)  
           jschwartz@mesterschwartz.com  
          Jason Brett Schwartz    on behalf of Creditor   BMW Financial Services NA, LLC  
           jschwartz@mesterschwartz.com  
          Rebecca Ann Solarz    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
          Stephanie    Shreter    on behalf of Joint Debtor David    Rios shreterecf@comcast.net  
          Stephanie    Shreter    on behalf of Debtor Denelle A. Agosto shreterecf@comcast.net  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                              TOTAL: 8