UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stephanie Shreter, Esq.
105 High St.
Mount Holly, NJ 08060

(609)265-9600

Order Filed on December 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Denelle Agosto &
David Rios

Case No.: 18-16577

Chapter: 13

Judge: KCF

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stephanie Shreter_____, the applicant, is allowed a fee of $ _____1000.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____1000.00_____ . The allowance shall be payable:

  ☒  through the Chapter 13 plan as an administrative priority.

  ❏  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____696.00_____ per month for _____53_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*