# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16577−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Denelle A. Agosto
24 Rochelle Dr
Eastampton, NJ 08060−2526

David Rios
24 Rochelle Dr
Eastampton, NJ 08060−2526

Social Security No.:
xxx−xx−5154

xxx−xx−2108

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

Please be advised that Dandelle A. Agosto and David Rios the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on December 4, 2018.

Hamilton Twp Municipal Court
1270 Whitehorse Ave.
Hamilton, NJ 08619

Dated: December 7, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Denelle A. Agosto  
David Rios  
    Debtors

Case No. 18-16577-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 07, 2018  
                    Form ID: 226    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.  
db/jdb        Denelle A. Agosto,   David Rios,   24 Rochelle Dr,   Eastampton, NJ 08060-2526  
517682686      Hamilton Township Municipal Court,   1270 Whitehorse Ave.,   Hamilton, NJ 08619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2018 00:47:57     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                                                                                                        TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:  
          Albert Russo   docs@russotrustee.com  
          Denise E. Carlon   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Jason Brett Schwartz   on behalf of Creditor   Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
          Jason Brett Schwartz   on behalf of Creditor   BMW Financial Services NA, LLC jschwartz@mesterschwartz.com  
          Rebecca Ann Solarz   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
          Stephanie Shreter   on behalf of Joint Debtor David Rios shreterecf@comcast.net  
          Stephanie Shreter   on behalf of Debtor Denelle A. Agosto shreterecf@comcast.net  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                        TOTAL: 8