Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−16577−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denelle A. Agosto                       David Rios
   24 Rochelle Dr                            24 Rochelle Dr
   Eastampton, NJ 08060−2526        Eastampton, NJ 08060−2526

Social Security No.:
   xxx−xx−5154                             xxx−xx−2108

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Denelle A. Agosto and David Rios the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on December 4, 2018.

Trenton Municipal Court
225 N. Clinton Ave.
Trenton, NJ 08609−1015

Dated: December 7, 2018
JAN: vpm

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Denelle A. Agosto  
David Rios  
    Debtors

Case No. 18-16577-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 07, 2018  
                       Form ID: 226     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.  
db/jdb        Denelle A. Agosto,   David Rios,   24 Rochelle Dr,   Eastampton, NJ 08060-2526  
517682687     +Trenton Municipal Court,   225 N. Clinton Ave.,   Trenton, NJ 08609-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2018 23:25:42      United States Trustee,     Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,     Newark, NJ 07102-5235  
                                                                                                                                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:  
         Albert Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
         Jason Brett Schwartz    on behalf of Creditor    BMW Financial Services NA, LLC jschwartz@mesterschwartz.com  
         Rebecca Ann Solarz    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
         Stephanie Shreter    on behalf of Joint Debtor David Rios shreterecf@comcast.net  
         Stephanie Shreter    on behalf of Debtor Denelle A. Agosto shreterecf@comcast.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                   TOTAL: 8