UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stephanie Shreter
105 High Street
Mt. Holly, NJ 08060
609265-9600

| In Re: | Case No.: | 18-16577 |
|---|---|---|
| Danielle Agosto<br>David Rios | Judge: | Ferguson |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  Credit Acceptence Corporation ,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
$450 by 6/14/2019
remainder by 6/30/2019

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 6-5-2019                                                  /s/Danielle Agosto
                                                                Debtor's Signature

Date: 6-5-2019                                                  /s/David Rios
                                                                Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: (856)866-0100
Attorney for: Credit Acceptance Corporation
JM-5630

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No. 18-16577(KCF) |
| DANIELLE A. AGOSTO | CHAPTER 13 |
| DAVID RIOS | Hearing Date: |
| | CERTIFICATION IN SUPPORT OF |
| | MOTION OF CREDIT ACCEPTANCE |
| | CORPORATION FOR RELIEF THE |
| | AUTOMATIC STAY |

DESIREE GELMETE certifies as follows:

1. I am employed by Credit Acceptance Corporation ("Credit Acceptance") and am familiar with the facts of this case.

2. On 3-7-18, the debtor executed a Retail Installment Contract for the purchase of a 2010 NISSAN more particularly described in the following paragraph. The contract was assigned to Credit Acceptance Corporation and the debtor(s) became indebted to Credit Acceptance in accordance with the terms of same. To secure payment of the contract, the title to the vehicle was delivered to Credit Acceptance with Credit Acceptance named as first lienholder. As a result, Credit Acceptance Corporation is the holder of a first purchase money