Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16577−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Denelle A. Agosto
24 Rochelle Dr
Eastampton, NJ 08060−2526

David Rios
24 Rochelle Dr
Eastampton, NJ 08060−2526

Social Security No.:
 xxx−xx−5154

 xxx−xx−2108

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 7, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 8, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Denelle A. Agosto
David Rios
    Debtors

Case No. 18-16577-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 08, 2019
                       Form ID: 148      Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.

```
db/jdb          Denelle A. Agosto,    David Rios,    24 Rochelle Dr,    Eastampton, NJ 08060-2526
517682688       Apex Asset Managemen,    2501 Oregon Pike., Ste. 120,    Lancaster, PA 17601-4890
517515634      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: CREDIT ACCEPTANCE,    25505 WEST 12 MILE ROAD,
                SOUTHFIELD , MI 48034)
517475595      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
517984744       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
517432733      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: FSB Blaze Credit Card,    500 E 60th St N,
                Sioux Falls, SD  57104-0478)
517682686       Hamilton Township Municipal Court,    1270 Whitehorse Ave.,    Hamilton, NJ  08619
517432735       Hummingbird Funds, LLC dba Blue Trust,    PO Box 1754,    Hayward, WI  54843-1754
517432738       Lakeview Loan Servicing, LLLC,    c/o KML Law Group PC,    216 Haddon Ave Ste 406,
                Westmont, NJ  08108-2812
517432741      +Navient,    123 S Justison St Fl 3,    Wilmington, DE 19801-5363
517516937       Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,    GLHEC and Affiliates,
                PO BOX 8961,    Madison, WI 53708-8961
517777275      +New Century Financial,    c/o Eltman Law, P.C.,    101 Hudson St., Ste 2702,
                Jersey City, NJ 07302-3929
517432742     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    Po Box 245,
                Division Of Taxation-Bankruptcy Section,    Trenton, NJ  08695-0000)
517682687      +Trenton Municipal Court,    225 N. Clinton Ave.,    Trenton, NJ 08609-1015
517432747       Wakefield and Associates,    PO Box 50250,    Knoxville, TN  37950-0250
517432724      +larchmont Imaging,    C/O Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2019 00:02:44      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2019 00:02:40      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517533152      +EDI: ACBK.COM Aug 09 2019 03:38:00      American Credit Acceptance,    961 E. Main Street,
                Spartanburg, SC 29302-2185
517516909       EDI: BMW.COM Aug 09 2019 03:38:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                Dublin, OH  43016
517442584      +EDI: AISACG.COM Aug 09 2019 03:38:00      BMW Financial Services NA, LLC,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517432725      +EDI: TSYS2.COM Aug 09 2019 03:38:00      Barclays Bank Delaware,    125 S West St,
                Wilmington, DE 19801-5014
517432726       EDI: TSYS2.COM Aug 09 2019 03:38:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE  19899-8803
517432727      +EDI: CAPITALONE.COM Aug 09 2019 03:38:00      Capital One Bank Usa NA,    P.O. Box 30281,
                Salt Lake City, UT 84130-0281
517481662       EDI: BL-BECKET.COM Aug 09 2019 03:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
517432728      +EDI: WFNNB.COM Aug 09 2019 03:38:00      Comenity Bank/Victorias Secret,    Po Box 182273,
                Columbus, OH 43218-2273
517432729       EDI: RCSFNBMARIN.COM Aug 09 2019 03:38:00      Credit One Ban,    PO Box 98872,
                Las Vegas, NV  89193-8872
517432730      +EDI: RCSFNBMARIN.COM Aug 09 2019 03:38:00      Credit One Bank,    Po Box 98872,
                Las Vegas, NV 89193-8872
517432731       EDI: TSYS2.COM Aug 09 2019 03:38:00      DSNB/Bloomingdales,    PO Box 8218,
                Mason, OH  45040-8218
517432732      +EDI: AMINFOFP Aug 09 2019 03:38:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
517432734       E-mail/Text: bankruptcygpl@greatplainslending.com Aug 09 2019 00:03:07      Great Plains Lending,
                112 Paradise Dr Ste B,    Red Rock, OK  74651-2203
517432736       EDI: IRS.COM Aug 09 2019 03:38:00      Internal Revenue Service,    Po Box 7346,
                Philadelphia, PA  19101-7346
517583861       EDI: RESURGENT.COM Aug 09 2019 03:38:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
517581215       E-mail/Text: camanagement@mtb.com Aug 09 2019 00:02:23      Lakeview Loan Servicing, LLC,
                c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
517432739       E-mail/Text: camanagement@mtb.com Aug 09 2019 00:02:23      M&T Bank,    PO Box 62182,
                Baltimore, MD  21264-2182
517432740       EDI: PHINGENESIS Aug 09 2019 03:38:00      Mid America B&T Genesis,    PO Box 4499,
                Beaverton, OR  97076-4499
517539839      +EDI: MID8.COM Aug 09 2019 03:38:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Aug 08, 2019
                              Form ID: 148             Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517543148      EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery Associates, LLC,
                 c/o Aadvantage Aviator Red,    POB 41067,     Norfolk VA 23541
517543147      EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery Associates, LLC,   c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
517533382      EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.A.,    POB 41067,     Norfolk VA 23541
517586157      EDI: PRA.COM Aug 09 2019 03:38:00      Portfolio Recovery Associates, LLC,
                 c/o Victorias Secret,    POB 41067,     Norfolk VA 23541
517576276     +EDI: JEFFERSONCAP.COM Aug 09 2019 03:38:00       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
517568468      EDI: Q3G.COM Aug 09 2019 03:38:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517568469      EDI: Q3G.COM Aug 09 2019 03:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517432743     +EDI: RMSC.COM Aug 09 2019 03:38:00      Syncb/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
517432745     +EDI: RMSC.COM Aug 09 2019 03:38:00      Syncb/Paypal,    Po Box 965015,    Orlando, FL 32896-5015
517432746     +EDI: RMSC.COM Aug 09 2019 03:38:00      Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
517435581     +EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517576891     +EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517432737      E-mail/Text: bncnotices@becket-lee.com Aug 09 2019 00:01:59       kohls department store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
                                                                                              TOTAL: 34

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                 Southfield, MI 48034)
517432744*      Syncb/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
                                                                                           TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
           jschwartz@mesterschwartz.com
          Jason Brett Schwartz    on behalf of Creditor    BMW Financial Services NA, LLC
           jschwartz@mesterschwartz.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          Stephanie  Shreter    on behalf of Debtor Denelle A. Agosto shreterecf@comcast.net,
           shreterlaw@gmail.com
          Stephanie  Shreter    on behalf of Joint Debtor David  Rios shreterecf@comcast.net,
           shreterlaw@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```